**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER HUMBLE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:25-CV-57-RWS-JBB |
| | § | |
| PETER OBANAWU, et al., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff Christopher Humble, proceeding *pro se*, filed the above-styled and numbered civil action in the Northern District of Texas, complaining of alleged deprivations of his constitutional rights. Docket No. 3. Following transfer to the Eastern District of Texas (Docket No. 8), the case was referred to United States Magistrate Judge J. Boone Baxter in accordance with 28 U.S.C. § 636.

Mail sent to Plaintiff on August 22, 2025 was return as undeliverable and marked "deceased." Docket No. 9. On August 28, 2025, the magistrate judge entered an order noting Plaintiff's death and commencing the 90-day period for the filing of a motion for substitution under Federal Rule of Civil Procedure 25(a). Docket No. 10. No motion for substitution has been filed to date.

Therefore, on August 7, 2026, the magistrate judge issued a report and recommendation, recommending that the action be dismissed with prejudice by reason of the Plaintiff's death. Docket No. 12. As of this date, no objections have been filed. Given that there are no objections, any party is barred from *de novo* review by the district judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and

adopted by the District Court. *Duarte v. City of Lewisville, Texas*, 858 F.3d 348, 352 (5th Cir. 2017).

The Court has reviewed the pleadings in this cause and the report and recommendation of the magistrate judge. After review, the Court has determined that the report and recommendation of the magistrate judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989) (where no objections to a magistrate judge's report and recommendation are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

**ORDERED** that the report and recommendation of the magistrate judge (Docket No. 12) is **ADOPTED** as the opinion of the district court. It is further

**ORDERED** that the above-styled civil action be **DISMISSED WITH PREJUDICE** by reason of the Plaintiff's death.

**So ORDERED and SIGNED this 22nd day of September, 2026.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE